USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANN JOHNSON AND CONNIE JOHNSON,

                Plaintiff,

-against-

CALVARY PORTFOLIO SERVICES, LLC

                Defendant(s).
-----------------------------------------------------------X

Civil Action No.: 10 CV 8879

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiffs Ann Johnson and Connie Johnson, by their counsel, hereby give notice that the above captioned action is voluntarily dismissed against the Defendant Calvary Portfolio Services, LLC with prejudice.

Dated: January 25, 2011
       New York, New York

For:  **Ann Johnson and Connie Johnson**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

**SO ORDERED**
By: _____
Hon. _____, USDJ

1-31-11